# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 16 - 9450 MJ |
| Lavina Dawn Miguel | ) |
| USC | ) |
| *Defendant* | ) |

DOA
11-22-16

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

### Count 1:

On or about November 22, 2016, at or near North Komelik, in the County of Pinal, in the District of Arizona, Lavina Dawn Miguel, knowing and with reckless disregard of the fact that certain aliens, Jaime Cristobal-Morales, Jose Ernesto Gonzalez-Rubio, and Victor Alonso Contreras had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

REVIEWED BY: SAUSA David C. Whipple for AUSA Natalie Huddleston

_____
Signature of Complainant
Sheldon W. Schmitt
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, *telephonically* ESW, November 23, 2016, at Phoenix, Arizona.

_____
Signature of Judicial Officer
Honorable Eileen S. Willett
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Border Patrol Agent (BPA) with U.S. Border Patrol, U.S. Customs and Border Protection. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other agents.

2. On November 22, 2016 at approximately 5:45pm, a 2009 Hyundai Sonata sedan (AZ license plate number BVS7273) drove up to the Border Patrol checkpoint located at milepost 30 on Federal Route 15. BPA Samaniego was at primary inspection of the checkpoint and questioned the four visible passengers of the vehicle as to their citizenship. Simultaneously, canine handler BPA Tulley W. Hizer was conducting a canine "sniff" of the exterior of the vehicle. The canine partner Camila (#101216) alerted and traced odor to the trunk of the sedan. The driver, later identified as Lavina Dawn Miguel was asked if she could open the trunk and she stated that it was broken and a screwdriver was needed to open it. Miguel was directed to secondary for further investigation.

3. In secondary inspection Miguel was asked again about opening the trunk and she became confused as to how it opened. BPA Hizer asked Miguel if the vehicle was hers and she said that it was not. There were two females in the front and two males in the back seat. BPA Samaniego asked all the occupants of the vehicle to exit so

1

BPA Hizer could conduct a follow-up canine "sniff" of the vehicle. BPA Hizer first went to the trailer to retrieve a screwdriver. While they were waiting for BPA Hizer to return, Supervisory Border Patrol Agent (SBPA) Mark Ivy questioned the passengers and driver as to their citizenship individually. Three of the four stated that they were US Citizens and that they lived in Sells, AZ. One of the passengers, later identified as Jaime Cristobal-Morales, admitted that he was a citizen of Mexico in the United States illegally. Miguel was arrested and read her Miranda Rights at 5:50pm by SBPA Ivy.

4. BPA Samaniego asked Miguel if there was anyone in the trunk and Miguel had admitted that there were "two in the trunk." BPA Hizer accessed the trunk by unlatching the back seat and immediately felt an intense wave of heat pour out. BPA Hizer found two men crammed inside the trunk. The BPAs directed the men inside to use the emergency latch and open the trunk, because the back seat was too narrow to exit. The two men in the trunk, later identified as Victor Alonso Contreras and Jose Ernesto Gonzalez-Rubio, had difficulty exiting the trunk and needed assistance. Both men thanked the BPAs for "saving them," and when they were asked how long they had been in the trunk they stated "about 2 hours or so." Both had minor knee pain and needed water but none requested medical attention when asked.

5. The driver Miguel and the smuggled aliens, Cristobal, Contreras, and Gonzalez, were transported to the Casa Grande Border Patrol Station for processing and interviews. The vehicle was processed for seizure.

6. At approximately 11:00pm Jaime Cristobal-Morales was interviewed as a material witness by BPA Victor Trinidad while being video recorded. Cristobal stated that he has never received any immigration documents that would allow him to enter or remain in United States legally. Cristobal stated that he travelled from Veracruz, Mexico to Sasabe, Sonora, Mexico via bus, because he knew he could find a smuggler in Sasabe to arrange for him to be smuggled into the US.

7. Cristobal stated that when he arrived in Sasabe he met a man named of "Gato" that told Cristobal for a fee of $5,000.00 USD, he could take him to the US. Cristobal stated that he agreed to Gato's fee and paid an extra $10,000.00 Mexican Pesos for a mafia fee prior to being taken into the desert. Cristobal stated that Gato took him and four other people into the desert, to a small mountain where he gave them instructions on how to guide themselves to the spot where the group would be picked up. Cristobal stated that Gato gave him a phone to call or text him in case they got lost. Cristobal gave consent to BPA Trinidad to search this phone.

8. Cristobal stated that he was instructed to walk to a village with some lights on, but that they never reached the village. Cristobal stated that he separated from the group and walked to a road, were he was able to wave down a female driver to pick him up.

9. Cristobal stated that he sat in the backseat of the car next to a female passenger, and that a male was sitting in the front passenger seat. Cristobal stated that he fell asleep and when he woke up he was being apprehended by Border Patrol Agents. Cristobal

stated that he doesn't remember the vehicle ever making a stop from the time he was picked up to the time they were apprehended. Cristobal stated that he was not aware that two other subjects were in the trunk of the vehicle until they were pulled out by Border Patrol Agents at the checkpoint.

10. Cristobal was presented with a photo lineup of six females and he was able to identified photo number 2 as being the person who picked him up and gave him a ride. Photo number 2 in the lineup is Lavina Dawn Miguel.

11. At 11:05pm Jose Ernesto Gonzalez-Rubio was interviewed by BPA Geiddy Lopez as a material witness while being video recorded. Gonzalez stated that he has never received any immigration documents that would allow him to enter or remain in United States legally.

12. Gonzalez claimed he made his smuggling arrangements with an unknown smuggler in Altar, Sonora, Mexico, and that he was going to be charged $2,500 U.S. Dollars to be smuggled to Las Vegas, Nevada. Gonzalez stated that he jumped over the International Boundary Fence on November 20, 2016 with about 8 others. Gonzalez claimed the group walked for approximately two days through the desert before they reached their load up location. He described their load up location as an isolated two lane paved road.

13. Gonzalez stated that once they arrived to their load up location, the group was fragmented into three smaller groups of three subjects by their foot guide. Once they were broken down into their groups, their foot guide told them they would leave three

at the time. Gonzalez stated that his group was the second one to leave, and that they waited approximately 2 hours after the first group left. He claimed that the foot guide made all the pick-up arrangements via cell phone.

14. Gonzalez stated that once their load up vehicle arrived, the vehicle honked its horn and their foot guide told them they were next. Gonzalez and the other two subjects approached the vehicle and he observed an unknown male subject trying to open the vehicle's trunk with difficulty. Once they arrived to the vehicle, the unknown male subject was able to open the trunk, and Gonzalez was told by one of the passengers to get inside the trunk. Gonzalez claimed that he obeyed the orders and he was the first one to climb inside the trunk and was followed by another person. Once they were inside the vehicle the male subject closed the trunk. Gonzalez described the vehicle as a four door sedan.

15. Gonzalez claimed that he and the other person remained inside the trunk for approximately two hours before they were arrested by the United States Border Patrol. During his trip inside the trunk, Gonzalez stated that the driver of the vehicle seemed to be driving at a high rate of speed. Gonzalez claimed that during his time in the trunk, no one spoke to them or checked on them to see if they were well. Gonzalez stated that during the whole time he feared for his life due to a vehicle accident. Gonzalez also said that he was really thirsty and that his body temperature was hotter than usual and that he was sweating profusely while he was inside the trunk. Gonzalez stated that he did not know how to get out of the trunk because he did not

know how to open the trunk from the inside.

16. Gonzalez stated that once they arrived to the Border Patrol immigration check-point, he overheard a conversation in English and moments later a Border Patrol Agent made contact with them by talking to them while they were inside the trunk. Gonzalez claims that while they were inside the trunk, it seemed that the agents could not open the trunk from the outside and one of the agents asked them if they were ok. Gonzalez stated that he answered him that he was hot and thirsty. After a few moments, the agents instructed them to look for an emergency latch and try to open the trunk. Gonzalez claims that after a brief moment, the other subject found the emergency latch and they were able to open the trunk.

17. Gonzalez identified Lavina Dawn Miguel in a photo line-up as a passenger of the vehicle he was being smuggled. Due to the fact that Gonzalez remained inside the vehicle's trunk for over two hours, he was not sure what Miguel's role in the vehicle was.

18. At approximately 11:46 pm, Victor Alonso Contreras was interviewed as a material witness by BPA Araceli Thrasher. Contreras stated that he has never received any immigration documents that would allow him to enter or remain in United States legally.

19. Contreras stated that he made arrangements to cross the U.S./Mexico Border with an unknown man in Altar, Mexico. Contreras was going to pay a total of $2,000.00 USD upon arriving in Tucson, Arizona. Contreras stated that after arriving in Tucson, he

was then planning to travel to his final destination in Las Vegas, Nevada.

20. Contreras stated that upon arriving in Altar, Mexico, he was driven through the desert close to Sasabe. He was given a cellular phone by a man known as "Guero." Contreras stated that his group consisted of 6 individuals including himself. Contreras claims that they were instructed by Guero to enter the US in groups of 2. Contreras stated that he and his friend, later identified as Jose Ernesto Gonzalez-Rubio, were the last of his group to enter into the US. Contreras claims that he was instructed by Guero to walk to a specific water tank and then to use the cellular phone to call Guero so transportation arrangements can be made. Contreras stated that the cellular phone already had Guero as a phone contact. Contreras called Guero upon arriving at the water tank and was told by Guero that a grey car vehicle was on their way to pick them up.

21. Contreras stated that while walking through the desert to the water tank, he encountered one of the individuals from his group of 6. This individual was apprehended with Contreras and was later identified as Jaime Cristobal-Morales.

22. Contreras stated that approximately an hour after he contacted Guero by cellular phone, a grey vehicle parked on the side of the road and someone yelled out "Vamonos!" Contreras stated that they ran towards the vehicle. Contreras stated that he saw a male and a female standing outside of the grey vehicle. Contreras claims that he did not see the face of the male but noticed the female as having red hair. Contreras stated that it was the same female as the one that was apprehended during this arrest.

Contreras stated that upon reaching close distance to the vehicle, the female driver spoke in the English language and directed him and Contreras to get into the trunk. The female driver also told Cristobal to get into the back seat of the vehicle.

23. Contreras stated that he did not see who closed the trunk of the vehicle but that it did not close well as he had to hold the trunk door down for approximately 5 minutes until the vehicle pulled over and someone shut the trunk door. The vehicle then drove for an unknown amount of time until stopping at a place he believed was a house as he heard children voices outside of the vehicle. At this location, they were instructed to take off their camouflage clothing (slippers, pants and shirts) and toss them to the back seat by way of folding the back seat forward. After approximately 10 minutes they continued on the road for approximately 2 hours until being apprehended at the Border Patrol Checkpoint. Contreras stated that while he was in the trunk, he felt hot in temperature due to his anxiety of not being warned he would be traveling in the trunk of a car as he did not see a means to open the trunk from his position. Contreras stated that he felt endangered and was scared of the outcome if the vehicle had an accident.

24. Contreras stated that upon arriving at the Checkpoint, he could hear that the Border Patrol Agents were not able to open the trunk and had to fold the back seat to see that he was in the trunk. Contreras was then given instructions on how to open the trunk in order to get out of the vehicle.

25. Contreras was shown a photo lineup and was able to identify Lavina Dawn Miguel as

Case 2:16-mj-09450-ESW   Document 1   Filed 11/23/16   Page 10 of 10

driver of the vehicle.

26. Based on the above stated facts, your affiant submits that there is probable cause to believe that on or about November 22, 2016, at or near North Komelik, Arizona in the County of Pinal, in the District of Arizona, Lavina Dawn Miguel, knowing and with reckless disregard of the fact that certain aliens, Jaime Cristobal-Morales, Jose Ernesto Gonzalez-Rubio, and Victor Alonso Contreras, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

_____  Sworn telephonically ESW
Signature of Complainant
Sheldon W. Schmitt
U.S. Border Patrol Agent


Sworn to and subscribed before me this 23rd day of November, 2016.

_____
Signature of Judicial Officer
Honorable Eileen S. Willett
United States Magistrate Judge

10