```
     FILED        LODGED
     RECEIVED     COPY

     DEC 0 6 2016

     CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
     BY                 DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | |
| v. | Mag. No. 16-9450 |
| LaVina Dawn Miguel | **ORDER FOR RELEASE OF MATERIAL WITNESSES** |
| Defendant. | |

Upon joint motion of the parties to this action, and for good cause shown,

**IT IS ORDERED** directing the United States Marshal, as to this matter, to release the material witnesses in this action, Jaime Cristobal-Morales, Jose Ernesto Gonzalez-Rubio and Victor Alonso Contreras, to the Department of Homeland Security for return to their countries of origin.

**IT IS FURTHER ORDERED** vacating the order of separation between the defendants and the material witnesses.

Dated this 6th day of December, 2016.

_____
Bridget S. Bade
United States Magistrate Judge